UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
**U.S. Dredging Corp.,**
        Plaintiff,

    -vs-                      **ORDER OF DISCONTINUANCE**

**Steven Kates,**                 CV- 05-722(FB)(SMG)

          Defendant.
----------------------------------------------X


It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.



SO ORDERED.

Frederic Block

UNITED STATES DISTRICT JUDGE


DATED: Brooklyn, N.Y.
        June 20, 2006